JACOB A. YERGER
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Jacob.Yerger@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
OCT 16 2025
Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 25-132-BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | ILLEGAL REENTRY<br>Title 8 U.S.C. §§ 1326(a) and (b)(1)<br>(Penalty: Two years of imprisonment, $250,000 fine, and one year of supervised release) |
| HECTOR OVARUBIA TAPIA, *aka* *HECTOR COVARRUBIAS TAPIA*, | |
| Defendant. | |

THE GRAND JURY CHARGES:

That on or about September 29, 2024, and June 19, 2025, at or near Billings, in Yellowstone County, in the State and District of Montana, the defendant, HECTOR OVARUBIA TAPIA, an alien and citizen of Mexico, was found in the

1

United States after having been denied admission, excluded, deported, and removed in or about March of 2012 and July of 2018, and without having obtained the express consent of the Attorney General and the Secretary of the Department of Homeland Security to reapply for admission, in violation of 8 U.S.C. § 1326(a).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney